Janetta KEARNEY, Appellant,

v.

CITY OF LITTLE ROCK; Capitol
Zoning District Commission,
Appellees.

No. 04–3235.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 7, 2005.

Decided: July 26, 2005.

Janetta Kearney, Little Rock, AR, pro
se.

Thomas M. Carpenter, City Attorney's
Office, Lori L. Freno Lori L. Freno, Attor-
ney General's Office, Little Rock, AR, for
Defendants–Appellees.

Before WOLLMAN, MURPHY, and
BENTON, Circuit Judges.

PER CURIAM.

Janetta Kearney appeals the district
court's [1] order dismissing her civil action
against the City of Little Rock and the
Capitol Zoning District Commission. Af-
ter careful de novo review of the record,
*see Springdale Educ. Ass'n v. Springdale
Sch. Dist.,* 133 F.3d 649, 651 (8th Cir.1998),
we conclude dismissal was proper for the
reasons explained by the district court.

1. The Honorable Susan Webber Wright, Chief
Judge, United States District Court for the
Eastern District of Arkansas.

The judgment is affirmed. *See* 8th Cir. R.
47B.